IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| VICTOR LEE WRIGHT and REBECCA JO WRIGHT, | : : : |
| Plaintiffs, | : CASE NO. 1:06-CV-276 : |
| vs. | : JUDGE S. ARTHUR SPIEGEL : |
| TASER INTERNATIONAL, INC., et al., | : : : |
| Defendants. | : |

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate dismissal with prejudice of this lawsuit.

Respectfully submitted:

s/Lynnette Ballato
Lynnette Ballato (0056455), Counsel of Record
lballato@swbohiolaw.com
Tabitha Justice (0075440)
tjustice@swbohiolaw.com
SUBASHI, WILDERMUTH & BALLATO
The Oakwood Building
2305 Far Hills Avenue
Dayton, OH 45419
(937) 534-0500
(937) 534-0505 (fax)
*Attorneys for Defendant, Taser International, Inc.*

*James V. Heath by JVB per Authorization of 5/15/2007*

James V. Heath, Esq. (0003262)
P. O. Box 4770
Maineville, OH 45039
(513) 899-2505
(513) 899-2597 (fax)
gfranke@one.net
*Attorney for Plaintiffs*

John E. Brehm, Jr., Esq. (0029793)
Gary F. Franke, Esq. (0012550)
Gary F. Franke Co., L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
(513) 564-9222
(513) 564-9990 (fax)
johnbrehmesq@yahoo.com
gfranke@one.net
*Co-Counsel for Plaintiffs*

f:\^client files\general client files\taser-wright\pleadings\stipulation of dismissal.doc

2